IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JESSICA R. CAPASSO
    Debtor

PEOPLES NATURAL GAS COMPANY, LLC
    Movant,

vs.

JESSICA R. CAPASSO, and RONDA J. WINNECOUR, ESQUIRE, Trustee
    Respondents.

)
) Bankruptcy Case No. 20-20561-CMB
)
) Related to Docket Nos. 59, 60 & 61
) Chapter 13
)
) Hearing Date: 8/10/21
) Hearing Time: 1:30 PM
)
)
)

## CONSENT ORDER OF COURT

AND NOW, to wit this __28th__ day of __July__, 2021, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1.    The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

2.    A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has subsequently brought the account current.

3.    The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

4.    The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

BY THE COURT:

_/s/ Carlota M. Böhm_, J.
dmk

Consented to by:

| | |
|---|---|
| /s/ Glenn R. Bartifay | /s/ S. James Wallace |
| Glenn R. Bartifay, Esquire | S. James Wallace, Esquire |
| Attorney for Debtor | Atty for Peoples Natural Gas Company, LLC |
| Pa. I.D. No. 68763 | Pa. I.D. No. 28815 |
| 2009 Mackenzie Way, Suite 100 | GRB Law |
| Cranberry Twp, PA 16066 | Frick Building, 437 Grant Street, 14th Floor |
| 412-824-4011 | Pittsburgh, PA 15219 |
| gbartifay@bartifaylaw.com | 412-281-0587 |
| | jwallace@grblaw.com |

FILED
7/28/21 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20561-CMB |
| Jessica R Capasso | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jessica R Capasso, 425 Perry Avenue, Greensburg, PA 15601-4418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Jessica R Capasso gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2  User: dsaw  Page 2 of 2
Date Rcvd: Jul 28, 2021  Form ID: pdf900  Total Noticed: 1

Robert P. Wendt
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 10

Case 20-20561-CMB    Doc 66    Filed 07/30/21    Entered 07/31/21 00:33:04    Desc Imaged
Certificate of Notice    Page 3 of 3