# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: JESSICA R. CAPASSO,

Case No. 20-20561-CMB

Chapter 13

**Debtor(s).**

_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: Debtor

- ☐ a motion to lift stay
  as to creditor _____

- ☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated April 28, 2020
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $1,854.00 to $1,656.00 per month, effective April 2022; and/or the Plan term shall be changed from 40 months to 60 months.

-1-

    ❏    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

    ❏    Debtor(s) shall file and serve _____ on or before _____.

    ❏    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

    ❏    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

    ☒    Other: Peoples Gas shall be paid $146.50 monthly commencing April 2022 per the terms of the Order dated February 15, 2022, Doc. No. 73, Acct. No. 2942. The calculation factors in additional attorney fees of $1,000.00. Debtor's counsel shall file a fee application.

        **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

        **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>25th</u> day of <u>March</u>, 2022

Dated: <u>3/25/2022</u>

_Carlota M. Böhm_ dmk
United States Bankruptcy Judge

Stipulated by:

/s/ Glenn R. Bartifay
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
3/25/22 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:             Case No. 20-20561-CMB

Jessica R Capasso             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 3

Date Rcvd: Mar 25, 2022        Form ID: pdf900        Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica R Capasso, 425 Perry Avenue, Greensburg, PA 15601-4418 |
| 15201062 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15201063 | + | Aes/keystone, Pob 61047, Harrisburg, PA 17106-1047 |
| 15201064 | + | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15201065 | + | Aes/pnc Natl City, Pob 61047, Harrisburg, PA 17106-1047 |
| 15250200 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15201071 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15246468 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15201073 | + | Forefront Dermatology, Bin 88921, Milwaukee, WI 53288-8921 |
| 15426604 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15201074 | + | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 15426603 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15201085 | + | Western PA Behavorial Health, 111 Roberts Road, Suite 150, Grindstone, PA 15442-2104 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 25 2022 23:45:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 25 2022 23:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15211675 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 25 2022 23:45:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15201066 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 23:50:05 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15254335 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2022 23:50:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15201068 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2022 23:45:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 15201069 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2022 23:45:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 15201070 | + | Email/Text: ccusa@ccuhome.com | Mar 25 2022 23:45:00 | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15201072 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 25 2022 23:50:06 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15201075 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 25 2022 23:45:00 | Gm Financial, Po Box 181145, Arlington, TX |

Case 20-20561-CMB   Doc 78   Filed 03/27/22   Entered 03/28/22 00:22:37   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76096-1145 |
| 15201076 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 25 2022 23:45:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15232436 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2022 23:49:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15201077 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 25 2022 23:45:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15201078 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2022 23:50:05 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15201079 | + | Email/PDF: pa_dc_claims@navient.com | Mar 25 2022 23:49:51 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15237798 | | Email/PDF: pa_dc_claims@navient.com | Mar 25 2022 23:49:36 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15230649 | | Email/PDF: cbp@onemainfinancial.com | Mar 25 2022 23:49:33 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15201080 | + | Email/PDF: cbp@onemainfinancial.com | Mar 25 2022 23:50:04 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15235275 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:49:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15230283 | + | Email/Text: ebnpeoples@grblaw.com | Mar 25 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15245583 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2022 23:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15233095 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2022 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15201082 | | Email/Text: amieg@stcol.com | Mar 25 2022 23:45:00 | State Collection Service, 2509 S Stoughton Road, Madison, WI 53716 |
| 15201081 | + | Email/Text: bankruptcy@sw-credit.com | Mar 25 2022 23:45:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15201083 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:49:35 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15201835 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:49:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15201084 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2022 23:49:52 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15201067 | ##+ | Citifinancial Auto, 2208 Hwy 121, Bedford, TX 76021-5981 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 20-20561-CMB  Doc 78  Filed 03/27/22  Entered 03/28/22 00:22:37  Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf900 | Total Noticed: 40 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022              Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Jessica R Capasso gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 10