IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) |
| | ) |
| GLENN R. BARTIFAY, ESQUIRE, | ) |
| and BARTIFAY LAW OFFICES, P.C., | ) |
| | ) |
| Applicant, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONDA WINNECOUR, Trustee, | ) |
| | ) |
| Respondent. | ) |

**<u>CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on May 27, 2022, Doc. No. 80, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing on Professional Fees filed on May 27, 2022, Doc. No. 81, Responses to the Application were to be filed and served no later than <u>June 13, 2022</u>.

It is hereby respectfully requested that the Proposed Order filed on May 27, 2022, Doc. No. 80-3, be entered by the Court.

Dated: <u>June 14, 2022</u>       /s/ Glenn R. Bartifay
                                  GLENN R. BARTIFAY, ESQUIRE
                                  Pa. Id. No. 68763
                                  Attorney for Applicant

                                  BARTIFAY LAW OFFICES, P.C.
                                  2009 Mackenzie Way, Suite 100
                                  Cranberry Township, PA 16066
                                  (412) 824-4011
                                  gbartifay@bartifaylaw.com