IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | re doc. 80 |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | **ENTERED BY DEFAULT** |
| Respondent. ) | |

ORDER

AND NOW, this ___14th___ day of ___June___, 2022, it is hereby ordered that the Application for Approval of Attorney Fees filed by Applicant Glenn R. Bartifay, Esquire, and Bartifay Law Offices, P.C. is granted, that attorney fees are approved for Applicant for services provided as indicated in the Application in the amount of $4,600.00 for the period of March 26, 2020 to May 26, 2022. The Court notes that the Chapter 13 Plan dated April 28, 2020 provides for attorney fees of $3,600.00, reflects a deposit of $500.00, and shows $3,100.00 to be disbursed to Applicant by the Chapter 13 Trustee. The Court also notes that the Stipulated Order Modifying Plan dated March 25, 2022 provides for additional attorney fees of $1,000.00 to be disbursed to Applicant by the Chapter 13 Trustee. Accordingly, the Chapter 13 Trustee shall disburse total attorney fees to Applicant in the amount of $4,100.00. The Court additionally notes that that the approved attorney fees were included in the calculations for the Chapter 13 Plan dated April 28, 2020 and the Stipulated Order Modifying Plan dated March 25, 2022. Accordingly, no amended plan or order modifying plan is required to account for the approved fees.

FILED
6/14/22 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CARLOTA M. BÖHM,
Chief Bankruptcy Judge

dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jessica R Capasso  
    Debtor

Case No. 20-20561-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jun 14, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jessica R Capasso, 425 Perry Avenue, Greensburg, PA 15601-4418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Jessica R Capasso gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 11