IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) |
| | ) |
| JESSICA R. CAPASSO, | ) |
| | ) |
| Movant/Debtor, | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENT. | ) |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Motion to Convert Case to Chapter 7 filed on January 9, 2023, Doc. No. 97 and the Order dated January 11, 2023, Doc. No. 99 were served as follows:

By electronic notice for the above-referenced motion on January 9, 2023 and the above-referenced order on January 11, 2023, addressed as follows:

Jerome B. Blank on behalf of Creditor Freedom Mortgage Corporation, jblank@pincuslaw.com

Mario J. Hanyon on behalf of Creditor Freedom Mortgage Corporation, wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Maria Miksich on behalf of Creditor Freedom Mortgage Corporation, mmiksich@kmllawgroup.com

Lauren Moyer on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Brian Nicholas on behalf of Creditor Freedom Mortgage Corporation, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor Freedom Mortgage Corporation, pawb@fedphe.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC, ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Robert P. Wendt on behalf of Creditor Freedom Mortgage Corporation, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail for both the above-referenced motion and order on January 11, 2023 to the parties in the attached mailing matrix.

Dated: January 11, 2023 /s/ Glenn R. Bartifay, Esquire
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com

```
Label Matrix for local noticing          Americredit Financial Services, Inc Dba GM      PRA Receivables Management, LLC
0315-2                                   P.O Box 183853                                   PO Box 41021
Case 20-20561-CMB                        Arlington, TX 76096-3853                         Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Nov 23 08:15:47 EST 2022

Peoples Natural Gas Company LLC          2                                                Aaa Debt Rec
c/o S. James Wallace, P.C.               U.S. Bankruptcy Court                            Pob 129
845 N. Lincoln Ave.                      5414 U.S. Steel Tower                            Monroeville, PA 15146-0129
Pittsburgh, PA 15233-1828                600 Grant Street
                                         Pittsburgh, PA 15219-2703

Aes/keystone                             Aes/pheaafrn                                     Aes/pnc Natl City
Pob 61047                                Pob 61047                                        Pob 61047
Harrisburg, PA 17106-1047                Harrisburg, PA 17106-1047                        Harrisburg, PA 17106-1047


(p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN   Capital One Bank Usa N                   Citibank, N.A.
PO BOX 183853                            Po Box 30281                                     5800 S Corporate Pl
ARLINGTON TX 76096-3853                  Salt Lake City, UT 84130-0281                    Sioux Falls, SD  57108-5027


Citifinancial Auto                       Comenity Bank/express                            Comenitybank/ny&co
2208 Hwy 121                             Po Box 182789                                    Po Box 182789
Bedford, TX 76021-5981                   Columbus, OH 43218-2789                          Columbus, OH 43218-2789


Credit Coll/usa                          FREEDOM MORTGAGE CORPORATION                     Fed Loan Serv
16 Distributor Drive                     Bankruptcy Department,                           Pob 60610
Morgantown, WV 26501-7209                10500 KINCAID DRIVE                              Harrisburg, PA 17106-0610
                                         FISHERS IN 46037-9764


First Commonwealth Bank                  First Premier Bank                               Forefront Dermatology
c/o Karen L. Hughes, Esquire             3820 N Louise Ave                                Bin 88921
AAS Debt Recovery Inc.                   Sioux Falls, SD 57107-0145                       Milwaukee, WI 53288-8921
2526 Monroeville Blvd., Suite 205
Monroeville, PA 15146-2371


Freedom Mortgage                         Freedom Mortgage                                 Gm Financial
10500 Kincaid Drive                      PO Box 619063                                    Po Box 181145
Fishers, Indiana 46037-9764              Dallas, TX 75261-9063                            Arlington, TX 76096-1145


(p)LENDMARK FINANCIAL SERVICES           MERRICK BANK                                     Mariner Finance, LLC
2118 USHER ST                            Resurgent Capital Services                       8211 Town Center Drive
COVINGTON GA 30014-2434                  PO Box 10368                                     Nottingham, MD 21236-5904
                                         Greenville, SC 29603-0368


Mario Hanyon                             Merrick Bank Corp                                Navient
Brock and Scott, PLLC                    Po Box 9201                                      Po Box 9655
Attorneys at Law                         Old Bethpage, NY 11804-9001                      Wilkes Barre, PA 18773-9655
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054-1218
```

```
Navient PC TRUST                    ONEMAIN                              Office of the United States Trustee
c/o Navient Solutions, LLC          P.O. BOX 3251                        Liberty Center.
PO BOX 9640                         EVANSVILLE, IN 47731-3251            1001 Liberty Avenue, Suite 970
Wilkes-Barre, PA 18773-9640                                              Pittsburgh, PA 15222-3721


Onemain                             (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Premier Bankcard, Llc
Po Box 1010                         PO BOX 41067                          Jefferson Capital Systems LLC Assignee
Evansville, IN 47706-1010           NORFOLK VA 23541-1067                 Po Box 7999
                                                                         Saint Cloud Mn 56302-7999


Quantum3 Group LLC as agent for     Rushmore Loan Management Services    Southwest Credit Syste
Comenity Bank                       P.O. Box 55004                       4120 International Parkway
PO Box 788                          Irvine, CA 92619-5004                Carrollton, TX 75007-1958
Kirkland, WA  98083-0788


(p)STATE COLLECTION SERVICE INC     Syncb/score Rewards                  Synchrony Bank
2509 S STOUGHTON RD                 P.o. Box 965005                      c/o of PRA Receivables Management, LLC
MADISON WI 53716-3314               Orlando, FL 32896-5005                PO Box 41021
                                                                         Norfolk, VA 23541-1021


Thd/cbna                            Western PA Behavorial Health         Glenn R Bartifay
Po Box 6497                         111 Roberts Road                     2009 Mackenzie Way, Suite 100
Sioux Falls, SD 57117-6497          Suite 150                            Cranberry Township, PA 16066-5338
                                    Grindstone, PA 15442-2104


Jessica R Capasso                   Ronda J. Winnecour
425 Perry Avenue                    Suite 3250, USX Tower
Greensburg, PA 15601-4418           600 Grant Street
                                    Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit Financial Services, Inc. Lendmark Financial Ser               Portfolio Recovery Associates, LLC
Dba GM Financial                     2118 Usher St.                       POB 12914
P.O Box 183853                       Covington, GA 30014                  Norfolk VA 23541
Arlington, TX 76096


State Collection Service
2509 S Stoughton Road
Madison, WI 53716
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Freedom Mortgage Corporation | (u)U.S. BANK NATIONAL ASSOCIATION | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| (d)Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066-5338 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     4<br>Total                  50 | |