IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| JESSICA R. CAPASSO, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| not in its individual capacity, but solely as ) | |
| Trustee for RMPT Trust, Series 2021 ) | |
| Cottage-TT-V by its Servicer, ) | |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES, LLC, ) | |
| ) | |
| Respondent/Creditor. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR LOSS MITIGATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Loss Mitigation filed on January 3, 2023, Doc. No. 92, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to local rule, Responses to the Motion were to be filed and served no later than January 20, 2023.

It is hereby respectfully requested that the Proposed Order filed on January 3, 2023, Doc. No. 92-3 be entered by the Court.

Dated: January 24, 2023          /s/ Glenn R. Bartifay
                                 GLENN R. BARTIFAY, ESQUIRE
                                 Pa. Id. No. 68763
                                 Attorney for Movant/Debtor

                                 BARTIFAY LAW OFFICES, P.C.
                                 2009 Mackenzie Way, Suite 100
                                 Cranberry Township, PA 16066
                                 (412) 824-4011
                                 gbartifay@bartifaylaw.com