IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| JESSICA R. CAPASSO, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| not in its individual capacity, but solely as ) | |
| Trustee for RMPT Trust, Series 2021 ) | |
| Cottage-TT-V by its Servicer, ) | |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES, LLC, ) | |
| ) | |
| Respondent/Creditor. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND TIME**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Time on January 3, 2023, Doc. No. 94, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing filed on January 3, 2023, Doc. No. 95, Responses to the Motion were to be filed and served no later than January 20, 2023.

It is hereby respectfully requested that the Proposed Order filed on January 3, 2023, Doc. No. 94-2 be entered by the Court.

Dated: January 24, 2023         /s/ Glenn R. Bartifay
                               GLENN R. BARTIFAY, ESQUIRE
                               Pa. Id. No. 68763
                               Attorney for Movant/Debtor

                               BARTIFAY LAW OFFICES, P.C.
                               2009 Mackenzie Way, Suite 100
                               Cranberry Township, PA 16066
                               (412) 824-4011
                               gbartifay@bartifaylaw.com