IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| JESSICA R. CAPASSO, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| not in its individual capacity, but solely as ) | |
| Trustee for RMPT Trust, Series 2021 ) | |
| Cottage-TT-V by its Servicer, ) | |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES, LLC, ) | |
| ) | |
| Respondent/Creditor. ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Loss Mitigation Order dated January 24, 2023, Doc. No. 105 was served on January 24, 2023 as follows:

By electronic mail addressed as follows:

Lauren Moyer on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By first class mail addressed as follows:

Craig Lackey, V.P.
Rushmore Loan Management Services, LLC,
Servicing Agent for U.S. Bank National Association,
Trustee for RMPT Trust, Series 2021 Cottage-TT-V
P.O. Box 52708
Irvine, CA 92619-2708

| | |
|---|---|
| Dated: <u>January 24, 2023</u> | <u>/s/ Glenn R. Bartifay</u> |
| | GLENN R. BARTIFAY, ESQUIRE |
| | Pa. Id. No. 68763 |
| | Counsel for Movant/Debtor |

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com