IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| JESSICA R. CAPASSO, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING MOTION TO CONVERT CASE TO CHAPTER 7</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Convert Case to Chapter 7 filed on January 9, 2023, Doc. No. 97, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Scheduling Order filed on January 11, 2023, Doc. No. 99, Responses to the Motion were to be filed and served no later than January 30, 2023.

It is hereby respectfully requested that the Proposed Order filed on January 9, 2023, Doc. No. 97-2, be entered by the Court.

Dated: January 31, 2023    /s/ Glenn R. Bartifay, Esquire
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com