| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Jessica R Capasso<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–7117 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 7    2/18/20 |
| Case number: | 20–20561–CMB | Date case reconverted to chapter: | 7    2/3/23 |

Official Form 309B (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set         10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Jessica R Capasso | |
| **2.** | **All other names used in the last 8 years** | aka Jessica R Hauser | |
| **3.** | **Address** | 425 Perry Avenue<br>Greensburg, PA 15601 | |
| **4.** | **Debtor's attorney**<br>Name and address | Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066 | Contact phone 412–824–4011<br><br>Email:  gbartifay@bartifaylaw.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br><br>Email:  COZ@Zeblaw.com |

**For more information, see page 2 >**

| 6. Bankruptcy clerk's office | U.S. Bankruptcy Court | Hours open: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 2/3/23 |
| 7. Meeting of creditors | **March 10, 2023 at 10:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/9/23** |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/14/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/17/20** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Liquidation of the debtor's property and payment of creditors' claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-20561-CMB

Jessica R Capasso  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Feb 03, 2023  Form ID: 309B  Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica R Capasso, 425 Perry Avenue, Greensburg, PA 15601-4418 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jerome B. Blank, Pincus Law Group, PLLC, 2929 Arch Street, Ste 17th Floor, Philadelphia, PA 19104-2857 |
| aty | + | Lauren Moyer, Friedman Vartolo, LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Robert P. Wendt, Leopold and Associates, PLLC, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | + | Thomas Song, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| tr | + | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15201062 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15201071 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15246468 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15201073 | + | Forefront Dermatology, Bin 88921, Milwaukee, WI 53288-8921 |
| 15426603 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15567728 | + | Rushmore Loan Management Services, LLC, as servicer for U.S. Bank N.A., 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15201085 | + | Western PA Behavorial Health, 111 Roberts Road, Suite 150, Grindstone, PA 15442-2104 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: gbartifay@bartifaylaw.com | Feb 03 2023 23:47:00 | Glenn R. Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066 |
| smg | EDI: PENNDEPTREV | Feb 04 2023 04:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2023 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 04 2023 04:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2023 23:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 03 2023 23:47:00 | Office of the United States Trustee, Liberty |

| | | | | |
|---|---|---|---|---|
| | | | | Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | | + EDI: PHINAMERI.COM | Feb 04 2023 04:49:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | + EDI: RECOVERYCORP.COM | Feb 04 2023 04:49:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15211675 | | EDI: PHINAMERI.COM | Feb 04 2023 04:49:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15201063 | | + Email/Text: bncnotifications@pheaa.org | Feb 03 2023 23:47:00 | Aes/keystone, Pob 61047, Harrisburg, PA 17106-1047 |
| 15201064 | | + Email/Text: bncnotifications@pheaa.org | Feb 03 2023 23:47:00 | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15201065 | | + Email/Text: bncnotifications@pheaa.org | Feb 03 2023 23:47:00 | Aes/pnc Natl City, Pob 61047, Harrisburg, PA 17106-1047 |
| 15201066 | | + EDI: CAPITALONE.COM | Feb 04 2023 04:49:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15254335 | | EDI: CITICORP.COM | Feb 04 2023 04:49:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15201068 | | + EDI: WFNNB.COM | Feb 04 2023 04:49:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 15201069 | | + EDI: WFNNB.COM | Feb 04 2023 04:49:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 15201070 | | + EDI: CCUSA.COM | Feb 04 2023 04:49:00 | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15250200 | | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 03 2023 23:47:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15201072 | | + EDI: AMINFOFP.COM | Feb 04 2023 04:49:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15201074 | | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 03 2023 23:47:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 15426604 | | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 03 2023 23:47:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15201075 | | + EDI: PHINAMERI.COM | Feb 04 2023 04:49:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15201076 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 03 2023 23:47:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15232436 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 03 2023 23:53:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15201077 | | + Email/Text: bankruptcy@marinerfinance.com | Feb 03 2023 23:47:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15201078 | | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 03 2023 23:53:11 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15201079 | | + EDI: NAVIENTFKASMSERV.COM | Feb 04 2023 04:49:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15237798 | | EDI: NAVIENTFKASMSERV.COM | Feb 04 2023 04:49:00 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15230649 | | EDI: AGFINANCE.COM | Feb 04 2023 04:49:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15201080 | | + EDI: AGFINANCE.COM | Feb 04 2023 04:49:00 | Onemain, Po Box 1010, Evansville, IN |

Case 20-20561-CMB   Doc 117   Filed 02/05/23   Entered 02/06/23 00:21:56   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: 309B | Total Noticed: 56 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 15235275 | | EDI: PRA.COM | Feb 04 2023 04:49:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15230283 | + | Email/Text: ebnpeoples@grblaw.com | Feb 03 2023 23:47:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15245583 | + | EDI: JEFFERSONCAP.COM | Feb 04 2023 04:49:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15233095 | | EDI: Q3G.COM | Feb 04 2023 04:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15490118 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 03 2023 23:47:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15201082 | | Email/Text: amieg@stcol.com | Feb 03 2023 23:47:00 | State Collection Service, 2509 S Stoughton Road, Madison, WI 53716 |
| 15201081 | + | Email/Text: bankruptcy@sw-credit.com | Feb 03 2023 23:47:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15201083 | + | EDI: RMSC.COM | Feb 04 2023 04:49:00 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15201835 | + | EDI: RMSC.COM | Feb 04 2023 04:49:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15201084 | + | EDI: CITICORP.COM | Feb 04 2023 04:49:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| aty | *+ | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| tr | *+ | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15201067 | ##+ | Citifinancial Auto, 2208 Hwy 121, Bedford, TX 76021-5981 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2023          Signature:          /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: 309B | Total Noticed: 56 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Glenn R. Bartifay | on behalf of Debtor Jessica R Capasso gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 14