IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |
| | ) |
| | ) |
| JESSICA R. CAPASSO, | ) |
| | ) |
| Movant/Debtor, | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENT. | ) |

<u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order, dated February 3, 2023, Doc. No. 111 was served on February 3, 2023 as follows:

By electronic notice addressed as follows:

Jerome B. Blank on behalf of Creditor Freedom Mortgage Corporation, jblank@pincuslaw.com

Mario J. Hanyon on behalf of Creditor Freedom Mortgage Corporation, wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Maria Miksich on behalf of Creditor Freedom Mortgage Corporation, mmiksich@kmllawgroup.com

Lauren Moyer on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Brian Nicholas on behalf of Creditor Freedom Mortgage Corporation, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor Freedom Mortgage Corporation, pawb@fedphe.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC, ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Robert P. Wendt on behalf of Creditor Freedom Mortgage Corporation, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Charles O. Zebley, Jr.
COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

By regular mail to the parties in the attached mailing matrix.

| | |
|---|---|
| Dated: February 8, 2023 | /s/ Glenn R. Bartifay, Esquire |
| | GLENN R. BARTIFAY, ESQUIRE |
| | Pa. Id. No. 68763 |
| | Attorney for Movant/Debtor |

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20561-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Nov 23 08:15:47 EST 2022 | Americredit Financial Services, Inc. Dba GM<br>P.O Box 183853<br>Arlington, TX 76096-3853 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Aaa Debt Rec<br>Pob 129<br>Monroeville, PA 15146-0129 |
| Aes/keystone<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Aes/pheaafrn<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Aes/pnc Natl City<br>Pob 61047<br>Harrisburg, PA 17106-1047 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citifinancial Auto<br>2208 Hwy 121<br>Bedford, TX 76021-5981 | Comenity Bank/express<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitybank/ny&co<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit Coll/usa<br>16 Distributor Drive<br>Morgantown, WV 26501-7209 | FREEDOM MORTGAGE CORPORATION<br>Bankruptcy Department,<br>10500 KINCAID DRIVE<br>FISHERS IN 46037-9764 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106-0610 |
| First Commonwealth Bank<br>c/o Karen L. Hughes, Esquire<br>AAS Debt Recovery Inc.<br>2526 Monroeville Blvd., Suite 205<br>Monroeville, PA 15146-2371 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Forefront Dermatology<br>Bin 88921<br>Milwaukee, WI 53288-8921 |
| Freedom Mortgage<br>10500 Kincaid Drive<br>Fishers, Indiana 46037-9764 | Freedom Mortgage<br>PO Box 619063<br>Dallas, TX 75261-9063 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Mario Hanyon<br>Brock and Scott, PLLC<br>Attorneys at Law<br>302 Fellowship Road, Ste 130<br>Mount Laurel, NJ 08054-1218 | Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Navient<br>Po Box 9655<br>Wilkes Barre, PA 18773-9655 |

| | | |
|---|---|---|
| Navient PC TRUST<br>c/o Navient Solutions, LLC<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Southwest Credit Syste<br>4120 International Parkway<br>Carrollton, TX 75007-1958 |
| (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | Syncb/score Rewards<br>P.o. Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Western PA Behavorial Health<br>111 Roberts Road<br>Suite 150<br>Grindstone, PA 15442-2104 | Glenn R Bartifay<br>2009 Mackenzie Way, Suite 100<br>Cranberry Township, PA 16066-5338 |
| Jessica R Capasso<br>425 Perry Avenue<br>Greensburg, PA 15601-4418 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Lendmark Financial Ser<br>2118 Usher St.<br>Covington, GA 30014 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| State Collection Service<br>2509 S Stoughton Road<br>Madison, WI 53716 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Freedom Mortgage Corporation | (u)U.S. BANK NATIONAL ASSOCIATION | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| (d)Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066-5338 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     4<br>Total                  50 | |