IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Jessica R Capasso**<br><br>Debtor<br><br>**Jessica R Capasso**<br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : : | Bankruptcy No. **20-20561**<br><br>Chapter **7**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Glenn R. Bartifay, Esquire 68763**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
Signature
**Glenn R. Bartifay, Esquire 68763**
Typed Name
**2009 Mackenzie Way, Suite 100**
**Cranberry Twp, PA 16066**
Address
**412-824-4011 Fax:412-202-0180**
Phone No.
**68763 PA**
List Bar I.D. and State of Admission

WebBank/Fingerhut
13300 Pioneer Trail
Eden Praire, MN 55347

TBOM/Contfin
P.O. Box 8099
Newark, DE 19714

Mission Lane Tab Ban
101 2nd Street, Suite 350
San Francisco, CA 94105

Comenity Bank/Express
P.O. Box 182789
Columbus, OH 43218

Fortiva/Bob's Furniture
P.O. Box 105555
Atlanta, GA 30348-5555

Comenity/The Loft
P.O. Box 182125
Columbus, OH 43218-2125