**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JESSICA R CAPASSO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20561<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/18/2020 and confirmed on 06/02/2020. The case was subsequently   (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,670.79 |
| Less Refunds to Debtor | 18.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,652.67 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,335.73 | |
|    Trustee Fee | 2,081.02 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,416.75 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE ET AL<br>  Acct: 1222 | 0.00 | 29,526.55 | 0.00 | 29,526.55 |
| US BANK NA - TRUSTEE ET AL<br>  Acct: 1222 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE ET AL<br>  Acct: 1222 | 4,824.60 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>  Acct: 1219 | 10,970.00 | 7,067.77 | 1,265.79 | 8,333.56 |
| | | | | 37,860.11 |
| **Priority** | | | | |
| GLENN R BARTIFAY ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JESSICA R CAPASSO<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JESSICA R CAPASSO<br>  Acct: | 18.12 | 18.12 | 0.00 | 0.00 |
| BARTIFAY LAW OFFICES PC<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-20561 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| GLENN R BARTIFAY ESQ | 3,500.00 | 3,335.73 | 0.00 | 0.00 |
| Acct: | | | | |
| BARTIFAY LAW OFFICES PC | 600.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6-22 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 375.81 | 0.00 | 375.81 |
| Acct: 2942 | | | | |
| | | | | 375.81 |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK** | 1,104.11 | 0.00 | 0.00 | 0.00 |
| Acct: 6141 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0018 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0015 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0014 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0020 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0012 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0013 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 911.57 | 0.00 | 0.00 | 0.00 |
| Acct: 4745 | | | | |
| CITIFINANCIAL AUTO* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 808.49 | 0.00 | 0.00 | 0.00 |
| Acct: 2539 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 614.65 | 0.00 | 0.00 | 0.00 |
| Acct: 2593 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0201 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 967.23 | 0.00 | 0.00 | 0.00 |
| Acct: 6666 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 512.77 | 0.00 | 0.00 | 0.00 |
| Acct: 3325 | | | | |
| FOREFRONT DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0471 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ASSO | | | | |
| MARINER FINANCE LLC | 1,935.87 | 0.00 | 0.00 | 0.00 |
| Acct: 4360 | | | | |
| MERRICK BANK | 814.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9835 | | | | |
| NAVIENT PC TRUST | 3,772.73 | 0.00 | 0.00 | 0.00 |
| Acct: 7117 | | | | |
| ONE MAIN FINANCIAL SERVICES INC A/S/ | 2,665.10 | 0.00 | 0.00 | 0.00 |
| Acct: 0022 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1663 | | | | |

| 20-20561 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| STATE COLLECTION SERVICE INC<br>Acct: 8563 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 3285 | 1,219.70 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA**<br>Acct: 9987 | 1,001.26 | 0.00 | 0.00 | 0.00 |
| WESTERN PA BEHAVORIAL HEALTH RES(<br>Acct: 1441 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 4572 | 1,707.25 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>Acct: 1219 | 6,682.12 | 0.00 | 0.00 | 0.00 |
| MARINER FINANCE LLC<br>Acct: 4360 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 3244 | 329.78 | 0.00 | 0.00 | 0.00 |
| GRB LAW**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3244 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS DBA GM<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR V/<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BROCK & SCOTT PLLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDED CREDITOR  FOR CALCULATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

**TOTAL PAID TO CREDITORS** 38,235.92

TOTAL CLAIMED
PRIORITY                0.00
SECURED            15,794.60
UNSECURED          25.046.75

Date: 02/24/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com