IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| JESSICA R. CAPASSO, ) | Bankruptcy No. 20-20561-CMB |
| **Debtor(s)** ) | |
| ) | Chapter 7 |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL, ) | |
| **Movant** ) | Related To Document No. 132 and 133 |
| ) | |
| v. ) | |
| ) | **Response Deadline:  3/30/23** |
| JESSICA R. CAPASSO, ) | |
| **Respondent(s)** ) | **Hearing Date:  4/18/23 at 2:30 PM** |
| ) | |
| CHARLES O. ZEBLEY, JR., ) | |
| **Trustee** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I,   William E. Craig   , of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on March 13, 2023, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Jessica R Capasso | Glenn R. Bartifay, Esq. |
| 425 Perry Avenue | 2009 Mackenzie Way |
| Greensburg, PA 15601 | Suite 100 |
| (Debtor) | Cranberry Township, PA 16066 |
| | (Attorney For Debtor) |
| | |
| Charles O. Zebley, Jr. | Office of the United States Trustee |
| P.O. Box 2124 | Liberty Center |
| Uniontown, PA 15401 | 1001 Liberty Avenue, Suite 970 |
| (Trustee) | Pittsburgh, PA 15222 |
| | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com