IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20561-CMB |
| JESSICA R. CAPASSO, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| JESSICA R. CAPASSO, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| not in its individual capacity, but solely as ) | |
| Trustee for RMPT Trust, Series 2021 ) | |
| Cottage-TT-V by its Servicer, ) | |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES, LLC, ) | |
| ) | |
| Respondent/Creditor. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE PERMANENT MORTGAGE MODIFICATION AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Permanent Mortgage Modification Agreement filed on March 9, 2023, Doc. No. 127, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing filed on March 9, 2023, Doc. No. 128, Responses to the Motion were to be filed and served no later than March 27, 2023.

It is hereby respectfully requested that the Proposed Order filed on March 9, 2023, Doc. No. 127-3 be entered by the Court.

Dated: March 28, 2023               /s/ Glenn R. Bartifay
                                    GLENN R. BARTIFAY, ESQUIRE
                                    Pa. Id. No. 68763
                                    Attorney for Movant/Debtor

                                    BARTIFAY LAW OFFICES, P.C.
                                    2009 Mackenzie Way, Suite 100
                                    Cranberry Township, PA 16066
                                    (412) 824-4011
                                    gbartifay@bartifaylaw.com