| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jessica R Capasso<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7117<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–20561–CMB | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jessica R Capasso
aka Jessica R Hauser

5/16/23                                                **By the court:**  Carlota M Bohm
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20561-CMB |
| Jessica R Capasso | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 16, 2023 | Form ID: 318 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica R Capasso, 425 Perry Avenue, Greensburg, PA 15601-4418 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| tr | + | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15201062 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15201071 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15246468 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15201073 | + | Forefront Dermatology, Bin 88921, Milwaukee, WI 53288-8921 |
| 15571943 | | Fortiva/Bobs Furniture, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15426603 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15567728 | + | Rushmore Loan Management Services, LLC, as servicer for U.S. Bank N.A., 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15201085 | + | Western PA Behavorial Health, 111 Roberts Road, Suite 150, Grindstone, PA 15442-2104 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 17 2023 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 17 2023 03:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: PHINAMERI.COM | May 17 2023 03:55:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + EDI: PHINAMERI.COM | May 17 2023 03:55:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + EDI: RECOVERYCORP.COM | May 17 2023 03:55:00 | PRA Receivables Management, LLC, PO Box |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| cr | ^ MEBN | | 41021, Norfolk, VA 23541-1021 |
| | | May 17 2023 00:05:55 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15211675 | EDI: PHINAMERI.COM | May 17 2023 03:55:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15201063 | + Email/Text: bncnotifications@pheaa.org | May 17 2023 00:07:00 | Aes/keystone, Pob 61047, Harrisburg, PA 17106-1047 |
| 15201064 | + Email/Text: bncnotifications@pheaa.org | May 17 2023 00:07:00 | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15201065 | + Email/Text: bncnotifications@pheaa.org | May 17 2023 00:07:00 | Aes/pnc Natl City, Pob 61047, Harrisburg, PA 17106-1047 |
| 15571940 | Email/Text: cfcbackoffice@contfinco.com | May 17 2023 00:07:00 | TBOM/Contfin, P.O. Box 8099, Newark, DE 19714 |
| 15201066 | + EDI: CAPITALONE.COM | May 17 2023 03:55:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15254335 | EDI: CITICORP.COM | May 17 2023 03:55:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15201068 | + EDI: WFNNB.COM | May 17 2023 03:55:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 15571944 | EDI: WFNNB.COM | May 17 2023 03:55:00 | Comenity/The Loft, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15201069 | + EDI: WFNNB.COM | May 17 2023 03:55:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 15201070 | + EDI: CCUSA.COM | May 17 2023 03:55:00 | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15250200 | + Email/Text: Bankruptcy@Freedommortgage.com | May 17 2023 00:07:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15201072 | + EDI: AMINFOFP.COM | May 17 2023 03:55:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15201074 | + Email/Text: Bankruptcy@Freedommortgage.com | May 17 2023 00:07:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 15426604 | + Email/Text: Bankruptcy@Freedommortgage.com | May 17 2023 00:07:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15201075 | + EDI: PHINAMERI.COM | May 17 2023 03:55:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15201076 | Email/Text: ktramble@lendmarkfinancial.com | May 17 2023 00:07:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15232436 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2023 00:25:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15571941 | Email/Text: ml-ebn@missionlane.com | May 17 2023 00:07:00 | Mission Lane Tab Ban, 101 2nd Street, Suite 350, San Francisco, CA 94105 |
| 15201077 | + Email/Text: bankruptcy@marinerfinance.com | May 17 2023 00:07:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15201078 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2023 00:25:48 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15201079 | + EDI: NAVIENTFKASMSERV.COM | May 17 2023 03:55:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15237798 | EDI: NAVIENTFKASMSERV.COM | May 17 2023 03:55:00 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: 318 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15230649 | | EDI: AGFINANCE.COM | May 17 2023 03:55:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15201080 | + | EDI: AGFINANCE.COM | May 17 2023 03:55:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15235275 | | EDI: PRA.COM | May 17 2023 03:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15230283 | + | Email/Text: ebnpeoples@grblaw.com | May 17 2023 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15245583 | + | EDI: JEFFERSONCAP.COM | May 17 2023 03:55:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15589151 | | EDI: Q3G.COM | May 17 2023 03:55:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15233095 | | EDI: Q3G.COM | May 17 2023 03:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15574336 | | EDI: Q3G.COM | May 17 2023 03:55:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15577835 | | EDI: Q3G.COM | May 17 2023 03:55:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15490118 | + | Email/Text: flyersprod.inbound@axisai.com | May 17 2023 00:07:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15567728 | ^ | MEBN | May 17 2023 00:05:55 | Rushmore Loan Management Services, LLC, as servicer for U.S. Bank N.A., 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15201082 | | Email/Text: amieg@stcol.com | May 17 2023 00:07:00 | State Collection Service, 2509 S Stoughton Road, Madison, WI 53716 |
| 15201081 | + | Email/Text: bankruptcy@sw-credit.com | May 17 2023 00:08:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15201083 | + | EDI: RMSC.COM | May 17 2023 03:55:00 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15201835 | + | EDI: RMSC.COM | May 17 2023 03:55:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15201084 | + | EDI: CITICORP.COM | May 17 2023 03:55:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15571939 | + | EDI: BLUESTEM | May 17 2023 03:55:00 | WebBank/Fingerhut, 13300 Pioneer Trail, Eden Praire, MN 55347-4120 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15571942 | *+ | Comenity Bank/Express, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15201067 | ##+ | Citifinancial Auto, 2208 Hwy 121, Bedford, TX 76021-5981 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

Case 20-20561-CMB  Doc 146  Filed 05/18/23  Entered 05/19/23 00:28:55  Desc
Imaged Certificate of Notice  Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: 318 | Total Noticed: 56 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Glenn R. Bartifay | on behalf of Debtor Jessica R Capasso gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 15